```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/2/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN O'DELL,

                Plaintiff,

-against-

INTERCEPT PHARMACEUTICALS, INC., JEROME DURSO, PAOLO FUNDARO, MARK PRUZANSKI, SRINIVAS AKKARAJU, LUCA BENATTI, DANIEL BRADBURY, KEITH GOTTESDIENER, NANCY MILLER-RICH, DAGMAR ROSA-BJORKESON, GINO SANTINI, and GLENN SBLENDORIO,

                Defendants.

23 Civ. 9052 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court intends to consolidate this action with *Dickerson v. Intercept Pharmaceuticals et al.*, No. 23 Civ. 9121.  **By November 10, 2023**, any interested attorneys shall file requests to be appointed lead counsel. Opposition to any such application shall be filed by **November 14, 2023**.

        SO ORDERED.

Dated: November 2, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge