UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN O'DELL,

                Plaintiff,

-against-

INTERCEPT PHARMACEUTICALS, INC., JEROME DURSO, PAOLO FUNDARO, MARK PRUZANSKI, SRINIVAS AKKARAJU, LUCA BENATTI, DANIEL BRADBURY, KEITH GOTTESDIENER, NANCY MILLER-RICH, DAGMAR ROSA-BJORKESON, GINO SANTINI, and GLENN SBLENDORIO,

                Defendants.

JOHN DICKERSON,

                Plaintiff,

-against-

INTERCEPT PHARMACEUTICALS, INC., JEROME DURSO, PAOLO FUNDARO, MARK PRUZANSKI, SRINIVAS AKKARAJU, LUCA BENATTI, DANIEL BRADBURY, KEITH GOTTESDIENER, NANCY MILLER-RICH, DAGMAR ROSA-BJORKESON, GINO SANTINI, and GLENN SBLENDORIO,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/30/2023

23 Civ. 9052 (AT)
23 Civ. 9121 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 2, 2023, the Court informed the parties of its intent to consolidate the above-captioned cases, and directed any interested attorneys to file applications to be appointed lead counsel by November 10, 2023.  23 Civ. 9052, ECF No. 8; 23 Civ. 9121, ECF No. 10.  On November 15, 2023, having received no applications, the Court extended the deadline to November 29, 2023.  23 Civ. 9052, ECF No. 9; 23 Civ. 9121, ECF No. 11.  That deadline has now passed.

    Accordingly, by **December 14, 2023**, any interested attorney shall file a request to be appointed lead counsel.  Any opposition to such application shall be filed by **December 21, 2023**.  Failure to comply with this order shall result in dismissal of these cases for failure to prosecute.

SO ORDERED.

Dated: November 30, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge