```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/4/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
RYAN O'DELL,                                           :
                                                       :
       Plaintiff,                                  :   Civ. No.    1:23-cv-9052
                                                       :
v.                                                     :
                                                       :
INTERCEPT PHARMACEUTICALS, INC.,                       :
JEROME DURSO, PAOLO FUNDARO,                           :
MARK PRUZANSKI, SRINIVAS                               :
AKKARAJU, LUCA BENATTI, DANIEL                         :
BRADBURY, KEITH GOTTESDIENER,                          :
NANCY MILLER-RICH, DAGMAR ROSA-                        :
BJORKESON, GINO SANTINI, and GLENN                     :
SBLENDORIO,                                            :
                                                       :
       Defendants.                                 :
-----------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: November 30, 2023

SO ORDERED.

Dated: December 4, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge